**PETITION FOR WRIT OF HABEAS CORPUS –**
**CONVICTION PROCEEDING / SENTENCE CALCULATION**
JD-CV-175   New 2-23
C.G.S. §§ 17a-524, 52-466, 54-166

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

**FILING NOTICE**
*If you are held on something other than a criminal conviction, such as an adjudication of not guilty by reason of insanity or a juvenile delinquency commitment, this petition must be filed in the Judicial District where you are held.*

*Failing to file in the appropriate jurisdiction could result in delay or dismissal. File the original with the Clerk.*

*Any false statement in this petition could result in a conviction for false statement.*

| For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ |
| --- |

Name: **Osafa Williams**

**V. COMMISSIONER OF CORRECTION**

| Inmate number | Other number | A number |
| --- | --- | --- |
| 310506 | | |

| Facility name | Address of facility |
| --- | --- |
| CCI | 900 Highland Ave Cheshire Ct 06410 |

## Section 1: Details of Conviction(s) or Adjudications(s) and Sentence(s) Challenged

*NOTE: Failing to fill out the information below **completely** could result in this petition being rejected and returned.*

| Date(s) of arrest | Geographical Area or Judicial District Location |
| --- | --- |
| 10-10-19 | GA 14 |

Convicted or Adjudicated by: ☐ Guilty Plea  ☑ Jury Trial  ☐ Court Trial

Date(s) of sentencing: 12-20-22

| Total time in custody before sentencing (Days) | Sentencing Judge |
| --- | --- |
| arrested on 10/10/19 - Sentence 12-20-22 | Hon. Carl J. Schuman |

Sentence(s) imposed
*(Specify individual counts)*  Docket number: HHD-CR-19-0733985 t   Docket number: —   Docket number: —

| Count | Charge | Sentence and Probation / Special Parole Time<br>*Include suspended time, prison sentence and/or parole/probation for EACH charge* | Note *if* Consecutive |
| --- | --- | --- | --- |
| 1. | Murder | 50yrs C.G.S Sec 53a-54a | To Count 1 |
| 2. | Poss of Firearm | 5yrs C.G.S Sec 53a-217(a)(1) | To Count 1 |
| | | | To Count |
| | | | To Count |
| | | | To Count |
| | | | To Count |
| | | | To Count |
| | | SCANNED at and Emailed 1/20/24 by C 9 pages<br>date  initials  No. | To Count |
| | | | To Count |
| | | | To Count |
| | | | To Count |
| | | | To Count |
| | | | To Count |
| | | | To Count |

| TOTAL Effective Sentence: | Current maximum discharge date from all sentences |
| --- | --- |
| | 12-28-77 |

Lawyer was: ☐ Public Defender  ☑ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers: Kirstin Coffin

## Section 2: Sentence Review

Did you apply for sentence review?　☐ Yes　☑ No　*(if "No," skip to section 3)*

Lawyer was:　☐ Public Defender　☐ Special Public Defender　☐ Privately Retained　☐ I was self-represented

Name(s) of Lawyers

*N-A*

Result:　☐ Sentence Affirmed　☐ Sentence Modified

If "Sentence Modified" is selected, specify modification

*N-A*

## Section 3: Direct Appeal for Criminal Conviction

Did you appeal?　☑ Yes　☐ No　*(if "No," skip to section 4)*

Lawyer was:　☐ Public Defender　☐ Special Public Defender　☑ Privately Retained　☐ I was self-represented

Name(s) of Lawyers

*John L. Cordani*

Issues raised in the appeal.

*1. Ineffective Counsil*

*2. Constitutionel Violation / Brady*

*3. The trial Court Erred in Excluding - the defenses Video - Analyves Evidence*

Result:　☐ Affirmed　☐ Denied　☐ Other

## Section 4: Prior Habeas Corpus Petition(s)

Have you filed other habeas corpus petitions challenging this conviction?　☐ Yes　☑ No

List each petition separately and start with the most recent working backwards

Docket number　　　　　　　　　　Geographical Area or Judicial District Location

*N-A*　　　　　　　　　　　　　　*N-A*

Lawyer was:　☐ Public Defender　☐ Special Public Defender　☐ Privately Retained　☐ I was self-represented

Name(s) of Lawyers

*N-A*

Disposition:　*N-A*

Was the habeas decision appealed?　☐ Yes　☑ No

Appeal Lawyer was:　☐ Public Defender　☐ Special Public Defender　☐ Privately Retained　☐ I was self-represented

Name(s) of Lawyers

*N-A*

Result of Habeas Appeal:　*N-A*

**Section 4: Prior Habeas Corpus Petition(s)**

Docket number | Geographical Area or Judicial District Location

Lawyer was: ☐ Public Defender  ☐ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers

Disposition:

Was the habeas decision appealed?  ☐ Yes  ☐ No

Appeal Lawyer was: ☐ Public Defender  ☐ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers

Result of Habeas Appeal:

Docket number | Geographical Area or Judicial District Location

Lawyer was: ☐ Public Defender  ☐ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers

Disposition:

Was the habeas decision appealed?  ☐ Yes  ☐ No

Appeal Lawyer was: ☐ Public Defender  ☐ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers

Result of Habeas Appeal:

Docket number | Geographical Area or Judicial District Location

Lawyer was: ☐ Public Defender  ☐ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers

Disposition:

Was the habeas decision appealed?  ☐ Yes  ☐ No

Appeal Lawyer was: ☐ Public Defender  ☐ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers

Result of Habeas Appeal:

Docket number | Geographical Area or Judicial District Location

Lawyer was: ☐ Public Defender  ☐ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers

Disposition:

Was the habeas decision appealed?  ☐ Yes  ☐ No

Appeal Lawyer was: ☐ Public Defender  ☐ Special Public Defender  ☐ Privately Retained  ☐ I was self-represented

Name(s) of Lawyers

Result of Habeas Appeal:

**Section 5: Challenges to Conviction**

This petition challenges the proceeding(s) that lead to my conviction because of the following.

*You must state facts (NOT case citations or legal arguments) supporting each of your claims.*

My attorney did not represent me properly:

1. Defensive Strategy - Hire Inadequate Expert / Violation of my Constitolional Right

Plea bargain was not followed:

Atty. Said 8-10yrs offered, did not have the offere in writing from the State, for Defendant to See and go over

My sentence is not being calculated according to my understanding when I pleaded guilty:

N/a

My sentence/sentencing is/was illegal:

I was wrongfully Convited of the crime because exculpatory video evidance was with held by state Prosecotor. Atty - Bochicch-lo

My plea was not voluntary:

N - A

Impaired mental state at plea or trial:

N - A

Other:

**Section 5: Challenges to Conviction (Additional Information)**

Any additional information from Section 5 that would not fit within the space allocated within the statements.

1. Witness said it was a "drive-by" 4 shots Exit the car and hit the victim On 4-14-19 Around 12:00 pm "Noon".

2. At trial witness testimony said victim entered the defendant car, and was shot twice in the car and Once after exiting the car in the back.

3. All Physical evidence was found 100-34 Ft in the rear of the defendant car.

4. State MD said victim was 1'st in upper right arm pit, 2'nd in lower back 3'rd in left tricep area, 4'th was right wrist. Victim Could not been shot on the Passenger side of the defendant car.

5. State Lab expert testified that 15 sample of Evidence was sent for testing, zero Came back with All 3 element that is "GSR".

6. On 4-14-19 Lead Dets. said they observed williams/defendant entering his car that was parked on Pavillion st and wooster intercetion at 12:00 pm "noon", and pulled off at 12:01pm.

7. Victim was seen entering video at 12:00:40 walked on the passenger side of williams car towards the back, going East to the driver side of his "victim" vehicle 12:00:52 and spent several sec before heading back west up on the Pavillion st side-walk, where williams car was Parked at the stop sing but car had all ready pull off because of the gun shots.

**Section 6: Challenges to Sentence Credit/Calculation**

Department of Correction has not correctly credited my **pre-sentence incarceration**.

| Total days credited by DOC |
|---|
| *N/A* |

| Total days according to calculation | | |
|---|---|---|
| | FROM | TO |
| | FROM | TO |
| | FROM | TO |

Brief explanation of why I am entitled to this credit:

Department of Correction has not correctly applied my **statutory credit**.

| Total days credited by DOC |
|---|
| |

| Total days according to General Statutes | General Statutes section number(s) |
|---|---|
| | |

Brief explanation of why I am entitled to this credit:

*N-A*

I have been given a parole eligibility date that is statutorily illegal because:

*N-A*

Other:

**Section 7: Previous Claims**

Have any of the claims raised in this petition been previously raised ANYWHERE?   ☐ Yes   ☑ No

If "Yes," list the court, docket number, and outcome for EACH action.

**Section 8: Relief Requested**

I am asking the court to:

☐ Let me withdraw my guilty plea

☑ Order a new trial or release me

☐ Allow me the opportunity to accept a prior plea offer

☐ Correct my illegal sentence or sentence calculation by: _____

☐ Other: _____

_____

**OATH AND AFFIRMATION**

I, _Osafa Williams_ solemnly and sincerely affirm and declare that the statements contained herein are true to the best of my knowledge and belief, upon the pains and penalties of perjury or false statement.

Signature of Petitioner

State of Connecticut, County of _New Haven_, being duly sworn, states that the above information is true to the best of their knowledge.

_January 19, 2024_
Date Notarized

Notary Public / Commissioner of the Court /
Paralegal/Investigator (per General Statutes § 1-24)

_Nov. 30, 2024_
Date my commission expires

JOSE ALBERTO ROBLES
Notary Public, State of Connecticut
My Commission Expires Nov. 30, 2024

**NOTES**

1. This petition must be signed and notarized on this page and on the following page, or this petition will be rejected and returned to you by the clerk.
2. You must file the original with the Clerk.

**APPOINTMENT OF COUNSEL**

I  ☑ want  ☐ do **NOT** want  an attorney appointed to represent me in this claim.

_____                          _____
Date signed                                                    Signature of Petitioner

**APPLICATION FOR WAIVER OF COSTS AND FEES**

I, _Osofa Williams_ the petitioner herein, am without funds and am unable to pay court fees and costs.

I have _0.00_ in my prison account and total assets valued at approximately _____. I ask the court to

waive fees and costs having to do with this petition. I also understand that any false statement in this petition could result in a

conviction for false statement (General Statutes § 53a-157).

_____
Signature of Petitioner

State of Connecticut, County of _New Haven_ , being duly sworn, states that the above information

is true to the best of their knowledge.

_January 19th, 2024_                          _____
Date Notarized                                        Notary Public / Commissioner of the Court /
                                                               Paralegal/Investigator (per General Statutes § 1-24)

_Nov. 30, 2024_
Date my commission expires

> JOSE ALBERTO ROBLES
> Notary Public, State of Connecticut
> My Commission Expires Nov. 30, 2024

**ORDER**

**Appointment of Counsel**

☐ GRANTED

☐ DENIED

**Waiver of Costs and Fees**

☐ GRANTED

☐ DENIED

| By the Court | Signed *(Judge/Clerk)* | | On Date |
|---|---|---|---|
| | | | |